IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 6:08-mj-00094-WMW |
| ) | |
| Plantiff, ) | ORDER FOR RELEASE ON |
| ) | CASH BOND |
| v. ) | |
| ) | |
| ) | |
| MARY ELIZABETH GUIDA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

    The defendant shall be released from National Park Service (N.P.S.) custody on $1000 bond. Bond shall be secured with $25 cash deposited with the N.P.S. Holding Facility today, June 13, 2008. The remaining $975 shall be posted with the Clerk's Office in Fresno on or before her Initial Appearance set for June 17, 2008 at 10:00 A.M. at the U.S. Magistrate Court, Yosemite National Park. Defendant shall also comply with the following standard conditions of release and appearance:

    Defendant shall immediately advise the court, defense counsel, and the Yosemite Law Enforcement office in writing if arrested or cited by a law enforcement officer.

1 Defendant shall appear at all proceedings as ordered by the Court and shall surrender
2 for service of any sentence imposed.

4 Defendant shall not commit any federal, state or local crime.

6 Defendant shall not harass, threaten, intimidate, injure tamper with or retaliate against
7 any witness, victim, informant, juror, or officer of the Court or obstruct any criminal
8 investigation.

10 Defendant shall immediately advise the Court, Defense Counsel and the N.P.S. Legal
11 Officer in writing of any change in address or telephone number.

The defendant shall comply with the conditions of release and promise to appear on the assigned court date.  Failure to appear on the date set shall result in the forfeiture of bond posted and a warrant shall be issued by the Court.

IT IS SO ORDERED.

**Dated:   June 13, 2008**            **/s/  William M. Wunderlich**
NITED STATES MAGISTRATE JUDGE